IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rocha, Ramona | Case Number:  07 B 09780 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/16/08 | Filed:  5/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 31, 2008
Confirmed: September 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,175.00 | |
| Secured: | | 7,704.95 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 470.05 |
| Other Funds: | | 0.00 |
| Totals: | 8,175.00 | 8,175.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | David E Cohen | Administrative | 0.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Cascade Forest Credit Union | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial | Secured | 0.00 | 0.00 |
| 6. | Dell Financial Services, Inc | Secured | 200.00 | 200.00 |
| 7. | HomEq Servicing Corp | Secured | 23,536.93 | 7,504.95 |
| 8. | Capital One | Unsecured | 1,001.23 | 0.00 |
| 9. | Dell Financial Services, Inc | Unsecured | 1,654.99 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 356.07 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 739.32 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 281.13 | 0.00 |
| 13. | Nicor Gas | Unsecured | 3,952.83 | 0.00 |
| 14. | Cascade Forest Credit Union | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Lou Harris | Unsecured | | No Claim Filed |
| 17. | AT&T | Unsecured | | No Claim Filed |
| 18. | Rosario Lemus | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,722.50 | $ 7,704.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 301.05 |
| 6.5% | 169.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Rocha, Ramona

Printed:  9/16/08

Case Number:  07 B 09780
Judge:  Wedoff, Eugene R
Filed:  5/31/07

_____
$ 470.05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

